IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRIAN M. CASEY,
DOC # 139647,

    *Plaintiff*,

v.                       CASE NO. 4:19cv490-MW/CAS

MARK INCH, et al.,

    *Defendants*.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 8. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 2, is **DENIED** pursuant to 28 U.S.C. § 1915(g). Plaintiff's motion for preliminary injunction, ECF No. 3, and Plaintiff's emergency motion to hold a hearing, ECF No. 4, are **DENIED**. This case is **DISMISSED without prejudice** to Plaintiff's refiling an action if he simultaneously submits the $400.00 filing fee. Finally, the Clerk shall

note on the docket that this cause is dismissed pursuant to 28 U.S.C. § 1915(g)".

The Clerk shall also close the file.

**SO ORDERED on December 11, 2019.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**